# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | Case No. 13-27729-JSB |
| § | |
| KRISTIE A. ALLEN § | |
| § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/04/2014, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/10/2014           By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-27729-JSB
§
KRISTIE A. ALLEN §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $9,511.00 |
| *and approved disbursements of* | $4,579.37 |
| *leaving a balance on hand of[1]:* | $4,931.63 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,931.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,244.25 | $0.00 | $1,244.25 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,249.11 |
| Remaining balance: | $3,682.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,682.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,682.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,700.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Jefferson Capital Systems LLC | $5,034.96 | $0.00 | $1,353.37 |
| 2 | Santander Consumer USA Inc | $6,414.92 | $0.00 | $1,724.29 |
| 3 | Capital One Bank (USA), N.A. | $679.28 | $0.00 | $182.59 |
| 4 | NCEP, LLC, assignee of UNITED DEBT | $392.94 | $0.00 | $105.62 |
| 5 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A. | $726.84 | $0.00 | $195.37 |
| 6 | Premier Bankcard/Charter | $451.21 | $0.00 | $121.28 |

|  | Total to be paid to timely general unsecured claims: | $3,682.52 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-27729-JSB
Kristie A. Allen                                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Oct 14, 2014
                              Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2014.
```
db          +Kristie A. Allen,    2221 N. Rockwell,    #3N,    Chicago, IL 60647-3048
20708598    +Allen, Kristie A.,    2221 N. Rockwell,    #3N,    Chicago, IL 60647-3048
20708600   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85520,   Richmond, VA  23285)
20708603    +CITY OF CHICAGO,    DEPARTMENT OF REVENUE,    121 N. LaSalle St. Rm 107A,
              Chicago, IL 60602-1288
21208243     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
20708601    +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
20708605    +FAIR COLLECTIONS & OUT,    12304 BALTIMORE AVE STE,    BELTSVILLE, MD 20705-1314
20708606    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
20708611    +MCSI INC,    PO BOX 327,    PALOS HEIGHTS, IL 60463-0327
20708612    +MICHAEL R. RICHMOND,    33 NORTH DEARBORN STREET,    SUITE 1907,    CHICAGO, IL 60602-3828
20708614    +NCEP LLC,    3715 DAVINCI CT STE 200,    NORCROSS, GA 30092-2670
21220905     NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
21251187   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,
              successor to HSBC BANK NEVADA, N.A.,   Orchard Bank,    PO Box 41067,   Norfolk, VA 23541)
20708618    +STELLAR RECOVERY INC,    4500 SALISBURY RD STE 10,    JACKSONVILLE, FL 32216-8035
21170834    +Santander Consumer USA Inc,    assignee for Santander,    PO Box 961245,
              Fort Worth, TX 76161-0244
20708617    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20708597    +E-mail/Text: KM@ARCONCEPTSINC.COM Oct 15 2014 01:56:12      A/R CONCEPTS,
              33 W HIGGINS RD SUITE 715,    SOUTH BARRINGT, IL 60010-9103
20708599    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 15 2014 01:56:07      ARMOR SYSTEMS CO,
              1700 KIEFER DR STE 1,    ZION, IL 60099-5105
20708608    +E-mail/Text: bk@gafco.net Oct 15 2014 01:54:11      Great American Finance,
              20 N Wacker Dr Ste 2275,    Chicago, IL 60606-1294
20708609    +E-mail/Text: bankruptcy@icsystem.com Oct 15 2014 01:55:43      I C SYSTEM INC,    PO BOX 64378,
              SAINT PAUL, MN 55164-0378
20973704     E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Oct 15 2014 01:54:57
              Jefferson Capital Systems LLC,    Purchased From INTERNATIONAL COLLECTION,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617
20708613    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 15 2014 01:54:08      MIDLAND FUNDING,
              8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
20708615    +E-mail/Text: clientservices@northwestcollectors.com Oct 15 2014 01:53:29
              NORTHWEST COLLECTORS,    3601 ALGONQUIN RD STE 23,    ROLLING MEADOWS, IL 60008-3143
20708616    +E-mail/Text: clientservices@northwestcollectors.com Oct 15 2014 01:53:29      NW COLLECTOR,
              3601 ALGONQUIN RD SUITE 232,    ROLLING MEADOW, IL 60008-3143
21266208    +E-mail/Text: csidl@sbcglobal.net Oct 15 2014 01:55:31      Premier Bankcard/Charter,    POB 2208,
              Vacaville, CA 95696-8208
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20708594       01 Village Of Harwoo
20708595       01 Village Of Rosemo
20708596       04 Municipality Des
20708602       Citibank
20708604       Comcast
20708607       Forest Cove Venture
20708610       Kindercare Learning
20708619       T-mobile
20708620       Village Of Mount Pro
20708621       Village Of Rosemont
20708622       Village Of Rosemont.
                                                                                 TOTALS: 11, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cmendoza1            Page 2 of 2           Date Rcvd: Oct 14, 2014
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Michael R Richmond    on behalf of Debtor Kristie A. Allen mrichmond@hellerrichmond.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas N Auwers    on behalf of Debtor Kristie A. Allen tauwers@hellerrichmond.com
                                                                                             TOTAL: 4
```